WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

CONFIDENTIAL
LEGAL MAIL

9410 2X3661

CASE NO. CV-07-3...
JW (PR) OFFICE O...
CLERK, IN THE UN...
STATES DISTRICT ...
FOR NORTHERN DIST...
OF CALIFORNIA 45...
GOLDEN GATE AVE...
SAN FRANCISCO, C...