OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

## SECOND NOTICE - APPEAL FEE PAYMENT DUE

Willie Eugene Weaver
Pelican Bay State Prison    J-91389
P. O. Box 7000
Crescent City, Ca 95531-7000

**Original Due Date:**
01/09/2008

**Second Notice Date:**
2/29/2008

Case Title:  Weaver v. Director et al

Case Number: 5:07-cv-03504-JW

**A Notice of Appeal was filed with this Court on** 01/09/2008
The docketing fee for this appeal has not been received.

**Fee Due Date:**
01/09/2008

**Amount owed for this appeal:**
$455.00

*This fee is now more than 30 days past due.*

Please immediately send a check for $455.00 to the following address:

**United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due: $455.00**